JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTO REMEDIO, LLC dba DR. JUAN'S SANTO REMEDIO, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIMITLESS PERFORMANCE INC., a California corporation, et al.,<br><br>Defendants. | Case No. 2:23-cv-02293 AB(PDx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been conditionally settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, **by February 20, 2024,** to file a Stipulation and Proposed Order or other document seeking to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 8, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.